# Exhibit 2

Charted Claim: 1

| US8276079 | Kialo Edu (“The accused instrumentality”) |
| --- | --- |
| 1. A method of a computing device providing a user with a web-browser supplement, comprising:<br><br>**Col 4: lines 29-32**<br><br>*The web page 210 as viewed by the user includes the original web page text, but additionally includes the overlay 212 that includes supplement text* *that can be related to the information of the web page.*<br><br>*An embodiment of the web-browser supplement allows,* *for example, third party developers to* | The accused instrumentality practices a method of a computing device (e.g., a computer, user device, etc. used to access the accused instrumentality) providing a user (e.g., a user of the accused instrumentality such as an admin of a group, etc) with a web-browser supplement (e.g., a browser-displayed Info and Stats page including Student information, grades, etc. that presents ranked student results).<br><br>As shown below, the accused instrumentality allows a user such as an educator, teacher, etc. to create and join discussion groups on a computer using a web-browser. The educator can split the classroom into smaller groups using the small group mode. The educator can assign each group a particular discussion topic, so that the contributions of the students and educator remain exclusive to their assigned group. After the students complete a discussion, the educator can grade the student claims and access the Info and Stats interface through a web browser. The Info and Stats present additional information relating to the students, including the number of students, their claims, grades, etc. This information is provided in addition to the individual student perspectives and therefore supplements the information available to the user through the browser. |

*add their own focal group applications. One example of a focal group application includes a mini-button or an icon displayed next to any item on the page that is recognized by the overlay as a target item (i.e. around which the overlay creates some enhanced content, or filtering, or sorting)*




https://www.kialo-edu.com/




https://www.kialo-edu.com/faqs

| | |
|---|---|
| | **A social, collaborative space**<br><br>Students enjoy collaborating with their peers, and Kialo allows them to do so while staying on topic. All contributions are connected to specific claims, and students love to support (or challenge!) their classmates' ideas.<br><br>https://www.kialo-edu.com/advantages#recorded-and-gradable-discussions |

# Teacher tools



**Small Group Mode**

Easily divide your class into groups, who each work in their own copy of a template discussion that you control. Then cycle through discussions at the touch of a button to check in on students' progress. You can even assign students to individual discussions if you like!

https://www.kialo-edu.com/features

| | |
|---|---|
| | <br>**Small-group discussions**<br>Kialo's Small Group Mode lets you easily divide your students into discussion groups. Each group works in their own copy of a template discussion that you control.<br>Split up classes in seconds<br>Get all the benefits of Kialo and small-group learning at once! In just a few clicks, Kialo can split up your class into small group discussions that are recorded, gradable, and visually engaging.<br>Easy to monitor and organize<br>Transformative for large groups<br>Huge student numbers can understandably discourage educators from active learning activities. But with Kialo, large cohorts can be automatically split into manageable discussions, bringing interactivity into your packed lecture hall!<br>https://www.kialo-edu.com/use-cases |

| | |
|---|---|
| | **Creating Discussions and Inviting Students**<br><br>**Creating a discussion** for students to debate in is probably one of the first things you'll want to do on Kialo Edu. You can use **Kialo's library of pre-made discussion templates** or **create a blank discussion yourself**. After you've created one, you'll need to **invite your students to participate**. The easiest method is enabling the **Instant Access Link** setting, which allows you to simply share the link to your discussion with your class.<br><br>**Organizing Students**<br><br>When dealing with a large group of students, there are several ways to organize students on Kialo, depending on the desired outcome. The **Small Group Mode** feature automatically splits students up into the number of groups you specify, with each group having their own copy of the discussion.<br><br>https://support.kialo-edu.com/en/hc/getting-started-with-kialo-for-educators/ |




https://www.kialo-edu.com/my/following

As shown below, the Info and Stats interface presents additional information relating to the participants, including the number of students, their claims, grades, etc.




https://www.kialo-edu.com/p/575396d2-e78e-4d48-b561-f9c5ecab5ea5/681711




https://www.kialo-edu.com/p/2eff0ee0-ed2d-4612-918c-1f46e2e886aa/681710

| | |
|---|---|
| |   https://releases.kialo-edu.com/2023/09/27/grading-feature/ |
| obtaining, by the computing device, access to a focal group of a focal | The accused instrumentality practices obtaining, by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), access to a focal group (e.g., a student group) of a focal group server (e.g., server of the accused instrumentality) through a network connection (e.g., internet), the focal group (e.g., a student group) comprising at |

| | |
|---|---|
| group server through a network connection, the focal group comprising at least one member having at least one association with the user, wherein the focal group comprises a restricted group of people who are associated based on activity or topic;<br><br>**Col 3: lines 9-20**<br><br>*Generally, a focal group is a small restricted group of people who are associated based on activity or topic. The focal group can include, for example, a group of friends, family members or people with common interests.* | least one member (e.g., participants such as students, etc) having at least one association ( e.g., membership in the same group) with the user (e.g., an educator), wherein the focal group (e.g., a student group) comprises a restricted group of people (e.g., small exclusive group of students) who are associated based on activity or topic (e.g., discussion topic).<br><br>As shown below, the accused instrumentality allows a user such as an educator, teacher, etc. to create and join discussion groups through a web browser on a computer over the Internet. The educator can split the classroom into smaller groups (e.g., focal groups) with a limited number of students (e.g., restricted group of people) in each group, using the small group mode. The educator can then assign each group a particular discussion topic, so that the contributions of the students and educator remain exclusive to their assigned group.<br><br><br><br>https://www.kialo-edu.com/advantages#recorded-and-gradable-discussions |

| | |
|---|---|
| *As will be described, a focal group can include any number of members. The member can be individual people or even corporate entities. The focal group can include, for example, a single person who is considered an expert in a particular subject area, or the focal group can include many individual who are commonly associated by some activity or other criteria. The focal groups can be formed, or borrowed from somewhere else.* | <br><br>**Topic Library**<br>Kialo Edu's Topic Library houses hundreds of ready-to-go discussion resources, complete with prompt claims to get students talking right away. Covering a wide range of ages and subjects, you can get your students engaged in a fantastic activity with just a few clicks!<br>Learn more<br>https://www.kialo-edu.com/features |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=QeHDuLS70FE |

| | |
|---|---|
| | **Teacher tools**<br><br>**Small Group Mode**<br>Easily divide your class into groups, who each work in their own copy of a template discussion that you control. Then cycle through discussions at the touch of a button to check in on students' progress. You can even assign students to individual discussions if you like!<br><br>https://www.kialo-edu.com/features |

| | |
|---|---|
| | <br>**Small-group discussions**<br>Kialo's Small Group Mode lets you easily divide your students into discussion groups. Each group works in their own copy of a template discussion that you control.<br>Split up classes in seconds<br>Get all the benefits of Kialo and small-group learning at once! In just a few clicks, Kialo can split up your class into small group discussions that are recorded, gradable, and visually engaging.<br>Easy to monitor and organize<br>Transformative for large groups<br>Huge student numbers can understandably discourage educators from active learning activities. But with Kialo, large cohorts can be automatically split into manageable discussions, bringing interactivity into your packed lecture hall!<br>https://www.kialo-edu.com/use-cases |

| | |
|---|---|
| | **Creating Discussions and Inviting Students**<br><br>**Creating a discussion** for students to debate in is probably one of the first things you'll want to do on Kialo Edu. You can use **Kialo's library of pre-made discussion templates** or **create a blank discussion yourself**. After you've created one, you'll need to **invite your students to participate**. The easiest method is enabling the **Instant Access Link** setting, which allows you to simply share the link to your discussion with your class.<br><br>**Organizing Students**<br><br>When dealing with a large group of students, there are several ways to organize students on Kialo, depending on the desired outcome. The **Small Group Mode** feature automatically splits students up into the number of groups you specify, with each group having their own copy of the discussion.<br><br>https://support.kialo-edu.com/en/hc/getting-started-with-kialo-for-educators/<br><br>Small Group Mode allows you to divide your students into separate groups, each working independently on their own copy of a template discussion. Admins can manage and participate in all groups, while students can only see and engage with their assigned group.<br><br>Small Group Mode is ideal for facilitating in-depth, detailed discussions, even with larger class sizes. For instance, if you're running a class debate with 30 students, Small Group Mode can automatically create five groups of six, encouraging more active participation and collaboration.<br><br>https://support.kialo-edu.com/en/hc/small-group-mode/ |

| | |
|---|---|
| | **Key Features**<br>• You can split students into groups based on LMS groups, randomly, or manually, depending on your chosen Group Assignment method.<br>• Your template discussion, including claims, theses, and comments, is copied to each group as a starting point. Any changes you make to the template later will automatically update in all groups, even after work begins.<br>• Students can only view and contribute to their own group's discussion.<br>• You can view, edit, or participate in any group's discussion anytime.<br>https://support.kialo-edu.com/en/hc/small-group-mode/ |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=wfYYAkhFeMo |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=wfYYAkhFeMo |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=wfYYAkhFeMo |

| | |
|---|---|
| |  <br>https://blog.kialo-edu.com/tips-and-tricks/seven-collaboration-activities-with-small-group-mode-on-kialo-edu/<br><br>As shown below, the accused instrumentality allows a user to access a student through a web browser on a computer over the Internet. |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=wfYYAkhFeMo |
| obtaining, by the computing device, information associated with the at least one member having relevance to the focal group, wherein the | The accused instrumentality practices obtaining, by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), information (e.g., average/overall grades, score, etc.) associated with the at least one member (e.g., a participant such as student, etc.) having relevance to the focal group (e.g., a student group), wherein the information (e.g., average/overall grades, score, etc.) is ranked by a level of importance (e.g., ranking position, etc.), wherein the rank by the level of importance (e.g., e .g., ranking position, etc.) of the information (e.g., average/overall grades, score, etc.) is based on at least one of a member rank on a relevant topic, a level of affinity between the user and each member, a level of expertise of each member, a level of performance of past |

| | |
|---|---|
| information is ranked by a level of importance, wherein the rank by the level of importance of the information is based on at least one of a member rank on a relevant topic, a level of affinity between the user and each member, a level of expertise of each member, a level of performance of past information provided by each member, a level of proficiency of each member;<br><br>**<u>Col 3: Lines 49-54:</u>**<br><br>*<u>The proficiency can be adaptive based on the level of competence and/or expertise regarding a subject matter.</u>* | information provided by each member, a level of proficiency (e.g., proficiency graded on a 0–6 scale) of each member (e.g., a student).<br><br>As shown below, the accused instrumentality allows an educator to split the classroom into smaller groups of students (e.g., focal groups) for discussion. Students can participate in the discussion by writing claims and contributing responses within their assigned student group. After the students complete a discussion, the educator can grade the student's claims based on their level of proficiency using a 0–6 grading scale. The accused instrumentality then calculates an average/overall grade for each student (e.g., member) and the information is presented in the Info and Stats interfaces, where students are ordered according to their performance, such as points earned and ranking position. The displayed rankings relate to the proficiency and performance of the students in the relevant discussion activity and is based on the student’s submitted claims, scores, and accuracy.<br><br>As shown below, the students of group 1 can participate in the discussion by writing claims and contributing responses only within their assigned student group (e.g., member having relevance to the focal group). |

<table>
<tr>
<td>

*Proficiency can be "deduced and/or "assigned'. <u>An assigned proficiency is one that is given by one focal group member to another, based on an individual perception or information.</u>*

</td>
<td>




https://www.youtube.com/watch?v=wfYYAkhFeMo




https://www.youtube.com/watch?v=wfYYAkhFeMo

</td>
</tr>
</table>

| | |
|---|---|
| | **Grading Discussions: Using Grading and Feedback**<br><br>The **Grading and Feedback tool** allows you to grade and leave feedback on students' claims and overall contributions in a discussion. You can choose when to release student grades and feedback, and students will be notified when they have new grades or feedback available. See **Using the Grading and Feedback Feature** for more information.<br><br>https://support.kialo-edu.com/en/hc/getting-started-with-kialo-for-educators/ |

| | |
|---|---|
| | <br>**Grading and Feedback**<br>Grading and Feedback lets you easily conduct both formative and summative assessments on Kialo Edu. Grade each claim on a customizable scale, auto-generate or manually input an overall score, and leave targeted feedback for students.<br>Learn more<br>https://www.kialo-edu.com/features |

| | |
|---|---|
| | **About Grading and Feedback**<br><br>• The Grading and Feedback feature allows you to provide students with grades and feedback for each individual contribution in a discussion, as well as an overall grade.<br>• Discussion Owners and Admins can access the **Grading Overview** by clicking the **Grading Overview** icon in the top-right of the screen. Here you can view a list of users in the discussion and their overall grades (if given). Clicking a user displays their **Grading Details** where you can leave an overall grade and feedback, as well as view a list of their contributed claims.<br>• By default, grades and feedback are not immediately visible to students, allowing you to give and adjust grades and feedback as desired. Once you are ready, adjust Grade and Feedback visibility to reveal it to students.<br>• Students receive a notification when new grades or feedback are visible to them. Students can view their grades and feedback in a discussion by clicking **Grade / Feedback** in the the Discussion Menu.<br><br>https://support.kialo-edu.com/en/hc/grading-and-feedback/ |




https://releases.kialo-edu.com/2023/09/27/grading-feature/

| | |
|---|---|
| | While no one grading rubric can apply to all assignments on Kialo — and adaptations will always be necessary depending on the age and background of students — we've included a sample grading rubric below as a reference. This particular rubric is designed for a college-age audience submitting discussions completed in small groups, and so reflects the learning objectives appropriate to that age group and assignment type, but many aspects of it can be easily adapted to different assignment contexts and types.<br><br>(rubric table below)<br><br>https://support.kialo-edu.com/en/hc/tips-for-grading-kialo-assignments/<br><br>As shown below, the educator can grade the student's claims based on their level of proficiency using a 0–6 grading scale. The accused instrumentality then calculates an average/overall grade for each student (e.g., member) and displays a ranking based on that grade. |

| Learning Outcome | Advanced Proficiency | Baseline Proficiency | Emergent | Not Proficient |
|---|---|---|---|---|
| **Clarity of Expression** | Claims are on-topic and explicitly connected; the connection to parent claims is clearly communicated in a way that facilitates comprehension. | Claims are on-topic and explicitly stated. | Claims are mostly on-topic, but the main point is often implicit. | Claims are not clearly on-topic; it is difficult to determine the main point of claims. |

| | |
|---|---|
| |  <br>https://releases.kialo-edu.com/2023/09/27/grading-feature/ |

| | |
|---|---|
| | <br>https://releases.kialo-edu.com/2023/09/27/grading-feature/ |
| adaptively updating, by the computing device, the information associated with the at least one member having relevance to | The accused instrumentality practices adaptively updating (e.g., dynamically updating scores/grades, etc.), by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), the information (e.g., average/overall grade, score, etc.) associated with the at least one member (e.g., a participant such as a student, etc.) having relevance to the focal group (e.g., a student group, etc.) based on web browsing of the user (e.g., web browsing of educator, teacher, etc.). |

| | |
|---|---|
| the focal group based on web browsing of the user; and | As shown below, the accused instrumentality allows an educator to split students into smaller groups (e.g., focal groups) for discussion. Students can participate in the discussion by writing claims and contributing responses within their assigned student group. After the students complete a discussion, the educator can grade the student claims and access the Info and Stats interface through a web browser. As the educator grades the claims of additional students or edits the grades of existing ones the displayed rankings and positions are correspondingly updated as per the latest student performance. When an educator clicks on the Info and Stats interface through the web browser, the updated information is retrieved and displayed, allowing them to view the current scores, rankings, and performance information associated with members of the group.<br><br>**Grading Discussions: Using Grading and Feedback**<br><br>The **Grading and Feedback tool** allows you to grade and leave feedback on students' claims and overall contributions in a discussion. You can choose when to release student grades and feedback, and students will be notified when they have new grades or feedback available. See **Using the Grading and Feedback Feature** for more information.<br><br>https://support.kialo-edu.com/en/hc/getting-started-with-kialo-for-educators/ |

| | |
|---|---|
| | <br>**Grading and Feedback**<br>Grading and Feedback lets you easily conduct both formative and summative assessments on Kialo Edu. Grade each claim on a customizable scale, auto-generate or manually input an overall score, and leave targeted feedback for students.<br>Learn more<br>https://www.kialo-edu.com/features |




## Tracking changes

Always know who did what and when, since Kialo keeps an easy-to-read record of all the changes made in a discussion. This also lets you quickly see any significant updates that have occurred since you last visited the discussion.

Learn more

https://www.kialo-edu.com/features

| | |
|---|---|
| | **Key Features**<br>• You can split students into groups based on LMS groups, randomly, or manually, depending on your chosen Group Assignment method.<br>• Your template discussion, including claims, theses, and comments, is copied to each group as a starting point. Any changes you make to the template later will automatically update in all groups, even after work begins.<br>• Students can only view and contribute to their own group's discussion.<br>• You can view, edit, or participate in any group's discussion anytime.<br>https://support.kialo-edu.com/en/hc/small-group-mode/ |




https://www.youtube.com/watch?v=wfYYAkhFeMo

| | |
|---|---|
| | **About Grading and Feedback**<br><br>• The Grading and Feedback feature allows you to provide students with grades and feedback for each individual contribution in a discussion, as well as an overall grade.<br>• Discussion Owners and Admins can access the **Grading Overview** by clicking the **Grading Overview** icon in the top-right of the screen. Here you can view a list of users in the discussion and their overall grades (if given). Clicking a user displays their **Grading Details** where you can leave an overall grade and feedback, as well as view a list of their contributed claims.<br>• By default, grades and feedback are not immediately visible to students, allowing you to give and adjust grades and feedback as desired. Once you are ready, adjust Grade and Feedback visibility to reveal it to students.<br>• Students receive a notification when new grades or feedback are visible to them. Students can view their grades and feedback in a discussion by clicking **Grade / Feedback** in the the Discussion Menu.<br><br>https://support.kialo-edu.com/en/hc/grading-and-feedback/ |

| | |
|---|---|
| | **Grading Details**<br><br>• The **Grading Details** sidebar contains information related to an individual user's grades, feedback, and contributions. You can scroll through users by clicking the arrows on either side of the user's display name.<br>• The top section displays the tasks the user has completed (if enabled), the number of their claims which have been individually graded so far, and the average grade their claims have received.<br>• The **Overall grade** and **Overall feedback** sections allow you to give an overall grade and feedback to the user.<br><br>https://support.kialo-edu.com/en/hc/grading-and-feedback/<br><br>**Grading and Leaving Feedback on Individual Claims**<br><br>To grade or leave feedback on a claim:<br>1. Click the **Leave a grade/feedback** icon on a claim.<br>2. Select a grade on the scale and/or provide feedback for the claim.<br>3. Click **Save**.<br><br>To edit the grade or feedback given on a claim, click the **Edit the grade/feedback** icon underneath a claim, make adjustments as necessary, then click **Save**.<br><br>To remove a grade from a claim, the grade or feedback given on a claim, click the **Edit the grade/feedback** icon underneath a claim. Then in the **Grade Claim** section, click the **undo** icon, and click **Save**. To remove feedback, delete it while editing, then click **Save**. |

| | |
|---|---|
| | https://support.kialo-edu.com/en/hc/grading-and-feedback/<br><br>2. In the '**Feedback and grades are visible to:**' section, click the **Change** button to open the **Discussion Settings** window.<br>3. In the **Users see grades and feedback** menu, select one of the following settings:<br>• **Do not see grades and feedback** (default): Only participants with the Owner or Admin roles can view grades and feedback. Usually, this means only you and other teachers can see feedback. You should leave it on this setting until you are ready to share grades and feedback with your students.<br>• **Only on their own claims**: Users can see the grades and feedback left on their individual claims, as well as their overall grades and feedback. Use this setting if you want students to be able to see their own grades and feedback, but not others'.<br>• **On all claims**: Everyone in the discussion will be able to see all grades and feedback.<br><br>https://support.kialo-edu.com/en/hc/grading-and-feedback/ |

| | |
|---|---|
| |  https://releases.kialo-edu.com/2023/09/27/grading-feature/ |




https://releases.kialo-edu.com/2023/09/27/grading-feature/

| | |
|---|---|
| | **Something for the kids**<br><br>There's also a special Grading sidebar for students (i.e., anyone who's not an Admin in a discussion). Here, students can see:<br><br>• their overall grade.<br>• their grade on each claim.<br>• any feedback given.<br><br>Students are notified whenever they receive new feedback or a grade, so students can stay up to date while you stay in the zone for grading.<br><br>https://releases.kialo-edu.com/2023/09/27/grading-feature/ |

| | |
|---|---|
| |  https://releases.kialo-edu.com/2023/09/27/grading-feature/ |

| | |
|---|---|
| supplementing web browsing, by the computing device, of the user by providing information of the members of the focal group, wherein the supplementing the web browsing comprises executing a plug-in loaded on the computing device, wherein the plug in provides overlaying of the ranked information associated with the at least one member on a web page displayed on the computing device that is related to information of the web page, comprising manipulating the information of the web page based on | The accused instrumentality practices supplementing web browsing (e.g., providing additional student-performance information through a browser-based Info and Stats interface), by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), of the user (e.g., a user of the accused instrumentality such as an educator, etc.) by providing information (e.g., average/overall grade, score, etc.) of the members of the focal group (e.g., a student group, etc.), wherein the supplementing the web browsing (e.g., providing additional student-performance information through a browser-based Info and Stats interface) comprises executing a plug-in (e.g., web application) loaded on the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), wherein the plug in (e.g., web application) provides overlaying of the ranked information (e.g., displaying student rankings, etc.) associated with the at least one member (e.g., a participant such as a student, etc.) on a web page (e.g., Info and Stats web page of the accused instrumentality) displayed on the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality) that is related to information of the web page (e.g., Info and Stats web page of the accused instrumentality), comprising manipulating the information of the web page based on the ranked information (e.g., displaying students in ranking order, updating positions based on student scores).<br><br>As shown below, the accused instrumentality displays the statistics of discussion activities through browser-based Info and Stats page. These pages present student information including scores, rankings, statistics, etc. together with information relating to the discussion. As the educator grades additional students or edits the grades of existing ones the displayed rankings and positions are updated as per the latest results. Thus, it allows an educator to view the performance of group members through the browser interface. |

| | |
|---|---|
| the ranked information.<br><br>**<u>Col 4: Lines 8-9:</u>**<br><br>*<u>An embodiment of the overlay plug in includes a software component installed on a user's computer.</u>* | Works in-browser<br><br>Kialo is designed to fit into your class with minimum fuss. All Kialo needs is a device with an internet connection and any major browser — no app required!<br><br>https://www.kialo-edu.com/advantages<br><br>kialo edu Product Resources Why It's Free Explore a Demo Log In Sign<br><br>**What devices are needed to use Kialo?**<br><br>Kialo works with all major internet browsers — meaning all that participants need is a device with internet access. Computers, smartphones, tablets, or any combination thereof all work fine! |

| | |
|---|---|
| | https://www.kialo-edu.com/faqs   https://blog.kialo-edu.com/tips-and-tricks/seven-collaboration-activities-with-small-group-mode-on-kialo-edu/ |

| | |
|---|---|
| | **Grading Details**<br><br>• The **Grading Details** sidebar contains information related to an individual user's grades, feedback, and contributions. You can scroll through users by clicking the arrows on either side of the user's display name.<br>• The top section displays the tasks the user has completed (if enabled), the number of their claims which have been individually graded so far, and the average grade their claims have received.<br>• The **Overall grade** and **Overall feedback** sections allow you to give an overall grade and feedback to the user.<br><br>https://support.kialo-edu.com/en/hc/grading-and-feedback/<br><br>**Grading and Leaving Feedback on Individual Claims**<br><br>To grade or leave feedback on a claim:<br>1. Click the **Leave a grade/feedback** icon on a claim.<br>2. Select a grade on the scale and/or provide feedback for the claim.<br>3. Click **Save**.<br><br>To edit the grade or feedback given on a claim, click the **Edit the grade/feedback** icon underneath a claim, make adjustments as necessary, then click **Save**.<br><br>To remove a grade from a claim, the grade or feedback given on a claim, click the **Edit the grade/feedback** icon underneath a claim. Then in the **Grade Claim** section, click the **undo** icon, and click **Save**. To remove feedback, delete it while editing, then click **Save**. |

| | |
|---|---|
| | https://support.kialo-edu.com/en/hc/grading-and-feedback/   https://releases.kialo-edu.com/2023/09/27/grading-feature/ |




https://www.kialo-edu.com/p/575396d2-e78e-4d48-b561-f9c5ecab5ea5/681711




https://www.kialo-edu.com/p/2eff0ee0-ed2d-4612-918c-1f46e2e886aa/681710

| | |
|---|---|
| | <br>https://releases.kialo-edu.com/2023/09/27/grading-feature/ |